IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| PLAZA AUTOMOTIVE OF ORANGEBURG, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FCA US LLC, f/k/a CHRYSLER GROUP LLC, and SANTANDER CONSUMER USA INC., d/b/a CHRYSLER CAPITAL,<br><br>　　　　Defendants. | Case No.: 5:20-cv-1567-MGL<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

　　　　Plaintiff Plaza Automotive of Orangeburg, LLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, stipulates that this action is hereby dismissed *with prejudice*.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　s/Phillip D. Barber
　　　　　　　　　　　　　　　　　　Richard A. Harpootlian (Fed. ID No. 1730)
　　　　　　　　　　　　　　　　　　Christopher P. Kenney (Fed. ID No. 11314)
　　　　　　　　　　　　　　　　　　Phillip D. Barber (Fed. ID No. 12816)
　　　　　　　　　　　　　　　　　　RICHARD A. HARPOOTLIAN P.A.
　　　　　　　　　　　　　　　　　　1410 Laurel Street
　　　　　　　　　　　　　　　　　　Post Office Box 1090
　　　　　　　　　　　　　　　　　　Columbia, South Carolina 29202
　　　　　　　　　　　　　　　　　　Phone (803) 252-4848
　　　　　　　　　　　　　　　　　　Facsimile (803) 252-4810
　　　　　　　　　　　　　　　　　　rah@harpootlianlaw.com
　　　　　　　　　　　　　　　　　　cpk@harpootlianlaw.com
　　　　　　　　　　　　　　　　　　pdb@harpootlianlaw.com

　　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF PLAZA
　　　　　　　　　　　　　　　　　　AUTOMOTIVE OF ORANGEBURG, LLC

September 28, 2020
Columbia, South Carolina.